IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC P. McLELLAN, | ) | No. 2:07-cv-02306-SPK |
| Plaintiff, | ) | |
| v. | ) | |
| ARNOLD SCHWARZENEGGER, ET AL., | ) | |
| Defendants. | ) | |

ORDER VACATING ENTRY OF JUDGMENT

Plaintiff's Supplemental Filing [Doc. 19] is construed as a Motion for Reconsideration (LR 78-230(k)) and/or a Motion for Relief from Judgment under Fed. R. Civ. P. 60. So construed, the Court will consider the motion in the normal course of business. The Court notes that even if reconsideration is ultimately granted, the Court has not yet reviewed the second amended complaint to see if it meets the terms required by the previous dismissal of May 30, 2008.

To enable proper review of the motion for reconsideration and to complete required screening, the Court hereby VACATES the judgment that was entered on February 10, 2009.

IT IS SO ORDERED.

DATED: February 27, 2009.

Samuel P. King
Senior United States District Judge