IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC P. McLELLAN,<br><br>        Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, ET AL.,<br><br>        Defendants. | No. 2:07-cv-02306-SPK |

ORDER DISMISSING ACTION

The record reflects that on July 1, 2009, Plaintiff Eric P. McLellan's Second Amended Complaint was dismissed with leave granted to file a Third Amended Complaint within thirty days. Plaintiff was notified that if a further amended complaint was not timely filed, the action would be closed. It has been over six weeks and no Third Amended Complaint has been filed. Accordingly, the Court DISMISSES the ACTION and directs the Clerk to enter judgment in favor of Defendants and close the file.

IT IS SO ORDERED.

DATED: August 14, 2009.



                                                Samuel P. King<br>
                                                Senior United States District Judge